IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAALADEEN HARRIS : CIVIL ACTION

v. :

NANCY A. BERRYHILL,[1] :
Acting Commissioner of Social Security : NO. 16-6171
Administration :

## ORDER

AND NOW, this 25th day of October, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, defendant's Response to Request for Review of Plaintiff, and Plaintiff's Reply, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. Plaintiff's Request for Review is **DENIED**.
3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

R. BARCLAY SURRICK, J.

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted as the defendant in this case.